DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFSON PAUL,**
Appellant,

v.

**KAAMILYA N. OGUGUA ABIODUN** and **OLUWASEUN J. ABIODUN,**
Appellees.

No. 4D19-1336

[April 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. FMCE 18-15256.

Sommer C. Horton of Horton Law Group, P.A., Boca Raton, for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

*     *     *

***Not final until disposition of timely filed motion for rehearing.***